**Dismissed and Memorandum Opinion filed July 10, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00242-CV

### GEORGE A. BUTLER, Appellant

### V.

### ROLLS-ROYCE ENERGY SYSTEMS, INC., ET. AL., Appellees

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-67075**

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal from a judgment signed March 25, 2011. Appellant filed a timely post-judgment motion on April 14, 2011. Appellant's notice of appeal was filed February 27, 2012.

When appellant has filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law, the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely.  A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26).  However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner.  *See* Tex. R. App. P. 26.3, 10.5(b)(1)(C); *Verburgt*, 959 S.W.2d at 617-18; *Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).  Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3

On May 9, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).  Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.